*Appeal Dismissed on Stipulation October 16, 2015:*

GLAUBIUS v GLAUBIUS, No. 150206; reported below: 306 Mich App 157.


*Reconsideration Denied October 20, 2015:*

*In re* BARTLETT, No. 152098; Court of Appeals No. 323962. Leave to appeal denied at 498 Mich 869.

BARTLETT v ALLEGAN COUNTY DEPARTMENT OF HUMAN SERVICES, No. 152124; Court of Appeals No. 327201. Leave to appeal denied at 498 Mich 880.

BARTLETT v KALAMAZOO COUNTY DEPARTMENT OF HUMAN SERVICES, No. 152126; Court of Appeals No. 327262. Leave to appeal denied at 498 Mich 880.


*Leave to Appeal Denied October 21, 2015:*

PEOPLE v EDWARD PINKNEY, No. 152425; Court of Appeals No. 325856.


*Leave to Appeal Denied October 23, 2015:*

WILLIAMS v FANNIE MAE, No. 152356; Court of Appeals No. 321677.


*Reconsideration Denied October 23, 2015:*

*In re* JEZOWSKI, Nos. 152165 and 152166; Court of Appeals Nos. 325112 and 325116. Leave to appeal denied at 498 Mich 877.

*In re* JACO/ROBINSON, No. 152178; Court of Appeals No. 323922. Leave to appeal denied at 498 Mich 877.


*Summary Disposition October 28, 2015:*

PEOPLE v VICTOR CORPUZ, No. 150320; Court of Appeals No. 315068. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the judgment of the Court of Appeals that vacated the defendant's sentences and remanded for resentencing, and we remand this case to the Court of Appeals for reconsideration in light of *Lockridge.* In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

CONSUMERS ENERGY COMPANY v DEPARTMENT OF TRANSPORTATION, Nos. 150520 and 150521; Court of Appeals Nos. 316038 and 316131. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse in part Parts III.A. and III.B. of the Court of Appeals opinion, and we remand this case to the Court of Claims for reconsideration and application of the Detroit Edison decision and of the defendant's